## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 5:18-MJ-1050-RN | 1/25/2018, 1230 hours | N/A |

Inventory made in the presence of: SR INVST Corey Hart

Inventory of the property taken and name of any person(s) seized:

Records were received from eBay, related to eBay User ID seller2244843, as requested in Attachment B of the search warrant.

Records included:
- User account information,
- Items listed on eBay for auction by seller2244843,
- Items won on eBay by seller2244843,
- eBay messages including content of communications.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/19/2018

_____
Executing officer's signature

Joseph M. Duracinsky, Special Agent, DCIS
Printed name and title